RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/5/14
BY DM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 14-cv-0822 |
| VERSUS | JUDGE STAGG |
| DON HATHAWAY, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Plaintiff's complaint (Record Document 1) is **DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED** that the motion to dismiss filed by defendant J. Ransdell Keene (Record Document 6) is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that plaintiff be **SANCTIONED** and prohibited from filing any new civil action in this District without prior approval and authorization of the Chief Judge of this District.

Rule 11 of the rules governing § 2254 proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. § 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, this the 5th day of June, 2014.

JUDGE TOM STAGG