

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 14-0822 |
| VERSUS | JUDGE TOM STAGG |
| JUDGE HORNBSY, ET AL. | MAGISTRATE JUDGE HAYES |

## MEMORANDUM ORDER

Before the court is Harold Joe Black's ("Black") appeal of Magistrate Judge Karen L. Hayes's order denying Black's motion to amend his complaint. See Record Document 15. Based on the following, Magistrate Judge Hayes's order is **AFFIRMED**.

Any party may appeal a magistrate judge's ruling on a non-dispositive matter to a district court judge under Rule 72(a) of the Federal Rules of Civil Procedure and Local Rule 74.1. On appeal, the district judge may "set aside any portion of the order that is clearly erroneous or contrary to the law." Fed. R. Civ. Proc. 72(a).

On May 15, 2014, Magistrate Judge Hayes issued a Report and Recommendation, recommending that this court sua sponte dismiss Black's civil rights complaint as frivolous, and sanction Black by prohibiting him from filing any new action in this district without prior approval and authorization by the Chief Judge

of the district. See Record Document 3. Thereafter, Black sought to amend his complaint. Magistrate Judge Hayes denied Black's motion to amend his complaint, concluding that "the proposed amendment suffers the same deficiencies that compelled the undersigned to recommend dismissal of the original complaint for failure to state a claim upon which relief can be granted." Record Document 12 at 2. This court adopted the Report and Recommendation on June 5, 2014, and the case was closed. See Record Document 13. On June 18, 2014, Black filed the instant appeal of the magistrate judge's decision to deny his motion to amend his complaint. Thereafter, Black filed another document entitled "Objection," wherein he asserted additional arguments addressing the denial of his motion to amend. See Record Document 16. The case is closed and the issue has been resolved. Furthermore, in an abundance of caution, this court has reviewed the record and finds that Magistrate Judge Hayes's denial of Black's motion to amend his complaint was not clearly erroneous or contrary to law. Accordingly, Magistrate Judge Hayes's order is **AFFIRMED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the 25th day of June, 2014.

JUDGE TOM STAGG